IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                            Civil No. 18-4040

KRISTA L. STEIGER,

          Defendant.

## COMPLAINT

Plaintiff United States of America by Stephen R. McAllister, United States Attorney for the District of Kansas, and Luke P. Sinclair, Assistant United States Attorney, for its cause of action against Defendant Krista L. Steiger states the following.

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2. Defendant Krista L. Steiger resides at 4731 W. 77th Street, Prairie Village, KS 66208, which is within the District of Kansas.

3. On June 11, 2007, Defendant Krista L. Steiger executed a promissory note to secure a Direct Consolidation loan from the United States Department of Education. This loan was disbursed for $32,790.12 and $41,031.07 on July 2, 2007, at an interest rate of 7.25% per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a *et seq*. (34 C.F.R. Part 685). A copy of the promissory note is attached as Exhibit A and incorporated by reference.

4. The Department demanded payment according to the terms of the promissory note, and the borrower, Defendant Krista L. Steiger, defaulted on the obligation on February 22, 2014.

5. Pursuant to 34 C.F.R. § 685.202(b), a total of $8,356.31 in unpaid interest was capitalized and added to the principal balance.

6. The Department of Education has credited a total of $11,990.00 in payments from all sources, including Treasury Department offsets, if any, to the balance.

7. There is due and owing the United States of America, on behalf of the Department of Education, the total amount of $113,274.54 ($71,527.50 principal and $41,747.04 interest) as of November 1, 2017, with interest accruing at the daily rate of $14.20 until the date of payment, as evidenced by the Certificate of Indebtedness attached as Exhibit B.

8. All right, title and interest in the promissory note described in paragraph three (3) belong to the United States, and therefore, Plaintiff is entitled to recovery on the promissory note.

9. Defendant Krista L. Steiger has failed to make the payments due and owing pursuant to the terms of the promissory note and is wholly in default.

10. Plaintiff has elected to exercise its option to declare the entire unpaid principal plus interest to be immediately due and payable and has made demand for this amount.

11. There is due and owing the United States of America, on behalf of the Department of Education, the total amount of $113,274.54 ($71,527.50 principal and $41,747.04 interest) as of November 1, 2017, with interest accruing at the daily rate of $14.20 until the date of payment, together with interest after that date at the applicable note rate until the date of judgment; plus interest after the date of judgment at the legal rate set forth in 28 U.S.C. § 1961 until paid; plus filing fees pursuant to 28 U.S.C. § 2412(a)(2); plus current and future costs of this action.

WHEREFORE, Plaintiff demands judgment against Defendant Krista L. Steiger in the amount of $113,274.54 ($71,527.50 principal and $41,747.04 interest) as of November 1, 2017, with interest accruing at the daily rate of $14.20 to the date of judgment; plus interest after the date

of judgment at the legal rate set forth in 28 U.S.C. § 1961 until paid; plus filing fees pursuant to 28 U.S.C. § 2412(a)(2); plus current and future costs of this action.

REQUEST FOR PLACE OF TRIAL

The United States of America hereby requests that trial of the above-entitled matter be held in the City of Topeka, Kansas.

Submitted by:

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

s/ Luke P. Sinclair
LUKE P. SINCLAIR
Assistant United States Attorney
Ks. S.Ct. No. 23709
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas 66683-3592
PH: 785-295-2850
FX: 785-295-2853
Email: luke.sinclair@usdoj.gov
Attorneys for the United States of America

Received: 09/05/2017

Borrower's Name ___Krista L. Steiger___

Borrower's Social Security Number _____ ___?4265___   JUN 2 1 2007

### Section E: Repayment Plan Selection

Carefully read the repayment plan information in "Direct Consolidation Loans" that accompanies this application and promissory note to understand your repayment plan options. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" and "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms that accompany this application and promissory note. Your selection cannot be processed without these forms.
- If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.

31. Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|
| **STUDENT LOANS** *Direct Subsidized and Unsubsidized Consolidation Loans* | ☒ | ☐ | ☐ | ☐ |
| **PARENT LOANS** *Direct PLUS Consolidation Loans* | Not Available | ☐ | ☐ | ☐ |

### Section F: Promissory Note (Continued on reverse side)

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in Section D. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

32. Signature of Borrower ___Krista L. Steiger___   Date ___6-11-07___

Signature of Spouse (if consolidating jointly) _____   Date _____

Exhibit A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

KRISTA L STEIGER
4731 W 77TH ST
PRAIRIE VILLAGE, KS 66208
Account No. XXXXX7265

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 11/01/17.

On or about 06/11/07, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $32,790.12 & $41,031.07 on 07/02/07 at 7.25% interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 02/22/14. Pursuant to 34 C.F.R. § 685.202(b), a total of $8,356.31 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $11,990.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $71,527.50 |
| Interest: | $41,747.04 |
| Total debt as of 11/01/17: | $113,274.54 |

Interest accrues on the principal shown here at the rate of $14.20 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/21/17

Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst

Exhibit B